**Opinion issued March 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-12-00508-CV**

————————————

**NATHANIEL JONES, III, Appellant**

**V.**

**HOUSTON POLICE DEPARTMENT, DETECTIVE M. KAHN, AND OFFICER G. POLK, Appellees**

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-07137**

## MEMORANDUM OPINION

Appellant, Nathaniel Jones, III, has filed a motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Jennings, Bland, and Massengale.